## DANIEL HUBBELL AND ELNATHAN CORY *versus* JOHN ANDERSON

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Appearances *p. 687; (2) continued *p. 718. *Journal 3:* (3) Continued *p. 64; (4) motion for commission to take depositions *p. 166; (5) motion for continuance granted *p. 171; (6) witness fees ordered paid *p. 174; (7) rule for judgment *p. 302.

PAPERS IN FILE: (1) Writ of certiorari; (2) writ of habeas corpus cum causa; (3) bond to appear, etc.; (4) transcript of county court record; (5) county court deposition of Thomas Cory; (6) county court deposition of Thomas Miller; (7) precipe for commission to take depositions; (8) depositions of Henry Atkinson, James Fergus, William Tullis, Samuel Smith, John H. Crawford and Joseph H. Crane; (9) deposition of John Johnston; (10) precipe for subpoena; (11) subpoena; (12) certificate as to Mrs. Desire West's health; (13) precipe for subpoena; (14) subpoena; (15) certificate as to Mrs. West's health; (16) affidavit for continuance; (17) deposition of Thomas Cory; (18) deposition of Thomas Miller; (19) deposition of Oliver Williams; (20) deposition envelope; (21) plea and notice; (22–23) precipes for subpoenas; (24) affidavit of Thomas Miller.

*Office Docket*, MS p. 92, c. 39. Recorded in *Book A*, MS pp. 362–86.

## JOHN RAMSAY *versus* ROBERT SMART

JOURNAL ENTRIES (1819): *Journal 2:* (1) Appearances *p. 687; (2) rule to join in errors *p. 700; (3) judgment reversed, reasons *p. 728.

PAPERS IN FILE: [None]